## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wells Fargo Bank, N.A.,            Civil No. 12-2184 (RHK/FLN)

      Plaintiff,            **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

vs.

Direct Mortgage Corporation,

      Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 10, 2012

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge